**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

February 8, 2016

Writer's Direct Contact
+1 (415) 268.6538
JTaylor@mofo.com

*Via UPS Overnight*

The Honorable Jennifer A. Dorsey
U.S. District Court, District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

Re: *Randall E. Kay v. Maya Mark Inc., et al.*, Case No. 2:16-cv-00087-JAD-VCF

Dear Judge Dorsey:

We write on behalf of our client PSI-USA, Inc. ("PSI-USA"). We received a summons and complaint served on PSI-USA in the matter *Randall E. Kay v. Maya Mark Inc, et al.*, Case No. 2:16-cv-00087-JAD-VCF, an action filed under the *in rem* provisions of 15 U.S.C. § 1125(d).

PSI-USA was previously the registrar for the domain NVRT.com. PSI-USA first learned that its agent for service of process had been served with the complaint in this action on January 28, 2016. However, prior to January 28, 2016, the domain name NVRT.com had been transferred from PSI-USA to another registrar. Therefore, PSI-USA cannot submit with the Court "documents sufficient to establish the court's control and authority regarding the disposition of the registration and use of the domain name" under 15 U.S.C. § 1125(d). We wanted to inform the Court of these facts in the event that it is waiting for PSI-USA to submit such documentation.

Please contact me at the number above if you have any questions on this matter.

Sincerely,

Jennifer Lee Taylor

cc: Randall E. Kay (via UPS overnight)

sf-3621648