RANDALL E. KAY
P.O. Box 9845
Rancho Santa Fe, CA 92067
TEL: (858) 204-2890

```
    FILED          RECEIVED
    ENTERED        SERVED ON
              COUNSEL/PARTIES OF RECORD

         MAY - 5 2016

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                         DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL E. KAY,<br><br>    Plaintiff,<br><br>    v.<br><br>MAYA MARK INC., TED TOBSON, NVRT.COM and DOES 1-10,<br><br>    Defendants. | Case No. 2:16-cv-00087-JAD-VCF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Randall E. Kay ("Plaintiff") hereby gives Notice of Voluntary Dismissal of this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), given that none of the opposing parties has served either an answer or a motion for summary judgment, Dismissal is appropriate.

Dated: May 3, 2016

By: *Randall E Kay*
Randall E. Kay
P.O. Box 9845
Rancho Santa Fe, CA 92067
(858) 204-2890

---

NOTICE OF VOLUNTARY DISMISSAL

May 3, 2016



Clerk of Court
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

Re: Kay v. Maya Mark Inc. et al, Case No. 2:16-cv-00087-JAD-VCF

Dear Clerk of Court,

I am enclosing a Notice of Voluntary Dismissal of this action for filing, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has filed an answer or motion for summary judgment, rendering the matter suitable for voluntary dismissal.

Please file this Notice of Dismissal.

Thank you,

*Randall E Kay*
Randall E. Kay

R Kay
PO Box 9845
Rancho Santa Fe, CA 92067

Clerk of Court
Lloyd D. George United States Courth[ouse]
333 Las Vegas Blvd. South
Las Vegas, NV 89101